**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| JILLIA MOJICA,<br><br>               Plaintiff,<br><br>vs.<br><br>SPINNAKER INSURANCE COMPANY, and HIPPO ANALYTICS INC d/b/a HIPPO INSURANCE SERVICES<br><br>               Defendant. | Case No. |

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW Defendant Spinnaker Insurance Company ("Defendant"), by and through the undersigned counsel, and, pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, hereby gives notice of its removal of the above-styled matter from the Circuit Court of Jackson County, Missouri to the Western Division of the United States District Court, Western District of Missouri. In support of its removal, Defendant states as follows:

1. On April 12, 2023, Plaintiff Jillia Mojica ("Plaintiff") commenced a civil action in the Circuit Court of Jackson County, Missouri, Case No. 2316-CV09994 ("state court action") against Defendant.

2. Plaintiff served a summons in the state court action on the Director of the Department of Insurance on April 18, 2023.

3. Upon information and belief, Plaintiff is an individual who resides in the State of Missouri.

4. Defendant is an insurance company organized under the laws of the State of Illinois with its headquarters located in the State of New Jersey.

5. The monetary jurisdictional prerequisite to federal jurisdiction under 28 U.S.C. § 1332(a) is also satisfied. Plaintiff's claims are such that damages in excess of $75,000 is foreseeable. Plaintiff has also not stipulated that she will be seeking less than $75,000.00. Therefore, the state court action is one which may be removed to this Court pursuant to 28 U.S.C. §§1332(a) and 1441. Accordingly, this Court has jurisdiction over the parties and subject matter of the state court action.

6. Plaintiff completed service of process on April 18, 2023. Therefore, pursuant to 28 U.S.C. §1446(b), this Notice is being filed within the requisite thirty (30) days from the date of service of process and the date the case became removable.

7. A copy of all pleadings and papers which have been filed in the state court action are attached hereto as Exhibit A.

8. Contemporaneous with the filing of this Notice and pursuant to 28 U.S.C. §1446(d), written notice has been mailed to Plaintiff's attorney of record. A copy of that Notice is attached hereto as Exhibit B.

9. Contemporaneous with the filing of this Notice and pursuant to 28 U.S.C. §1446(d), written notice has been filed with the Clerk of the Circuit Court of Jackson County, Missouri. A copy of that Notice is attached hereto as Exhibit C.

WHEREFORE, Defendant Spinnaker Insurance Company hereby requests that the state court action be removed from the Circuit Court of Jackson County, Missouri to this Court.

*s/ Michael D. Cerulo*
Michael D. Cerulo (#57536)
Domenica M. Russo (#74819)
BATY OTTO CORONADO SCHEER PC
7777 Bonhomme Ave., Suite 2150
St. Louis, MO 63105
Telephone: 314-863-6274
Facsimile: 314-863-6407
mcerulo@batyotto.com
***ATTORNEYS FOR DEFENDANT***
***SPINNAKER INSURANCE COMPANY***

**Certificate of Electronic Filing**

I hereby certify that on May 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. A true and correct copy of the above and foregoing was also sent via electronic mail, to the following:

David W. Whipple #29102
201 North Spring Street
Independence, MO 64050
816-842-6411
Fax: 816-842-6463
E-mail: dww@whiplaw.com

*/s/ Michael D. Cerulo*
Attorneys for Defendant